**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M2B FUNDING CORP., a Florida corporation; and ODIN ASSOCIATES, LLC, a Florida limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>DOUGLAS B. CROXALL, individually and as co-trustee of The Croxall Family Revocable Trust Dated February 20, 2004; and NATASHA ALLAS CROXALL, individually and as co-trustee of The Croxall Family Revocable Trust Dated February 20, 2004,<br><br>　　　　　Defendants. | Case No.: CV 23-606-GW-RAOx<br>Consolidated Case No.:  CV 23-1884-GW-RAOx<br>Assigned to Hon. George H. Wu<br><br>**ORDER DISMISSING THE CONSOLIDATED ACTIONS PURSUANT TO FED. R. CIV. P. 41**<br><br>Action Filed:  January 26, 2023<br>Trial Date:      None Set |

　　　The consolidated lawsuits, including both *M2B Funding Corp. v. Croxall*, Case No. 2:23-cv-00606-GW, and *Croxall v. M2B Funding Corp.*, Case No. 2:23-cv-01884-GW (collectively, the "***Actions***"), and all claims pled therein, are hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs, subject to the Court's retention of jurisdiction over them to enforce the Parties' agreement until the sooner of: (a) Borrowers' tender of the Agreement Total Loan Payment as that term is defined in accordance with the terms and conditions of their agreement; or (b) the completion of the non-judicial foreclosure

sale of the Oceano Property, pursuant to California law, the Borrowers' fulfillment of their Vacating Tender Obligations as that term is defined in their agreement, and the Borrowers' payment of the liquidated damages, if any.

IT IS SO ORDERED

Dated:  May 3, 2024

By: _____
HON. GEORGE H. WU,
United States District Judge